```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KEVIN YAN LUIS,                                             :
                                                            :
                            Plaintiff,                      :
                                                            :     23-CV-2951 (VSB)
            -against-                                       :
                                                            :          ORDER
ARCONA, INC.,                                               :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on April 7, 2023. (Doc. 1.) On May 14, 2023, counsel for Defendant filed a notice of appearance. (Doc. 5.) On July 23, 2023, Plaintiff filed an executed waiver of service. (Doc. 8.) The deadline for Defendant to respond to Plaintiff's complaint was September 18, 2023. (*See id*.) To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 6, 2023. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   September 22, 2023
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge