UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
               :
KEVIN YAN LUIS,               :
               :
          Plaintiff,    :
               :      23-CV-2951 (VSB)
     -against-    :
               :      **ORDER**
ARCONA, INC.,               :
               :
         Defendant.   :
               :
-------------------------------------------------------- X

**VERNON S. BRODERICK, United States District Judge:**

       On October 10, 2023, I entered and Order directing the parties to file both a joint letter and a proposed case management plan and scheduling order.  (Doc. 11.)  On October 24, 2023, the parties filed a joint status letter, (Doc. 12), but failed to include the proposed case management plan and scheduling order.  The parties are hereby ordered to comply with the October 10 Order and file a proposed case management plan and scheduling order by Monday October 30, 2023.

SO ORDERED.

Dated:    October 25, 2023
           New York, New York

                                                VERNON S. BRODERICK
                                              United States District Judge