USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN YAN LUIS, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | 23-CV-02951 (MMG) |
| -against- | **NOTICE OF REASSIGNMENT & ORDER** |
| ARCONA, INC., | |
| Defendant. | |

MARGARET M. GARNETT, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, except as set forth below. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

  Because fact discovery was to be completed by February 27, 2024, and no party has requested an extension of that date, it is hereby ORDERED that the parties shall appear for a post-fact-discovery conference on **Tuesday, April 2, 2024 at 9:30 a.m.** Pursuant to the Court's Rules, if any party wishes to move for summary judgment, that party must file a pre-motion letter by **March 25, 2024**, and the opposing party shall file a responsive letter by **April 1, 2024**. If neither party files such a letter by March 25, 2024, the parties shall file a joint letter updating the Court on the status of this matter, including the need for any expert discovery and the anticipated length of the trial. Accordingly, any dates after February 27, 2024, contained in the Case Management Plan and Scheduling Order (*see* Dkt. No. 15) are hereby ADJOURNED in favor of the schedule set forth above.

  If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://nysd.uscourts.gov/electronic-case-filing.

  In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF.

Dated: March 11, 2024
   New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge