```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2024
```

# The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

May 16, 2024

**VIA ECF**
Honorable Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

Re:  **Kevin Yan Luis v. Arcona, Inc. - Case No. 1:23-cv-02951-MMG**

To the Honorable Judge Margaret M. Garnett,

Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated March 18, 2024. The parties have a settlement in principle but have yet to memorialize the agreement. Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from May 17, 2024 to June 14, 2024. This is the first request for this relief and is on consent of both parties.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab*
*Attorney for Plaintiff*

---

Application GRANTED. The parties may seek to reopen this action on or before **June 14, 2024**. Any application to reopen must be filed by the aforementioned deadline; any such application filed thereafter may be denied solely on that basis. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. The Clerk of Court is respectfully directed to terminate Dkt. No. 19.

SO ORDERED.  Date: 5/20/2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE